```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE  NO.  08-61721-CIV-ZLOCH
                              MAGISTRATE JUDGE P.A. WHITE
```

RICHARD L. WARREN,              :

    Plaintiff,              :        <u>REPORT OF</u>
                               <u>MAGISTRATE JUDGE</u>
v.                              :

CITY OF SUNRISE POLICE
DEPARTMENT, ET AL.,             :

    Defendants.             :
_____

      This Cause is before the Court upon the plaintiff Richard L. Warren's Motion for Summary Judgment. [DE# 59].

      The Motion fails to comply with the Local Rules. Local Rule 7.5 provides the following:

> MOTIONS FOR SUMMARY JUDGMENT
>
> A. Motions for Summary Judgment. Motions for summary judgment shall be accompanied by a memorandum of law, necessary affidavits, and a concise statement of the material facts as to which the movant contends there exists no genuine issue to be tried. . . .
>
> C. Statement of Material Facts. The statement of material facts submitted either in support of or in opposition to a motion for summary judgment shall:
>
> 1. Not exceed ten pages in length;
>
> 2. Be supported by specific references to pleadings, depositions, answers to interrogatories, admissions, and affidavits on file with the Court; and
>
> 3. Consist of separately numbered paragraphs.

The plaintiff's Motion for Summary Judgment contains no memorandum of law, no affidavits or other evidence, and no concise statement of the material facts as to which he contends there exists no genuine issue to be tried. The Motion simply does not demonstrate undisputed facts entitling the plaintiff to judgment as a matter of law.

Accordingly, it is recommended that the plaintiff's Motion for Summary Judgment [DE# 59] be denied without prejudice.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

It is so recommended at Miami, Florida, this 13th day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Richard L. Warren, Pro Se
     DC No.  601912
     Hendry Correctional Institution
     12551 Wainwright Drive
     Immokalee, FL 34142-4797

     Counsel of Record