UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61721-CIV-ZLOCH

RICHARD L. WARREN,

      Plaintiff,

vs.                                          O R D E R

CITY OF SUNRISE POLICE
DEPARTMENT, et al.,

      Defendants.
_____/

THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 62) filed herein by United States Magistrate Judge Patrick A. White. No objections have been filed to said Report. The Court has conducted a *de novo* review of the entire record herein and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report Of Magistrate Judge (DE 62) filed herein by United States Magistrate Judge Patrick A. White, be and the same is hereby approved, ratified and adopted by the Court; and

2. Plaintiff Richard L. Warren's Motion For Summary Judgment (DE 59) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of September, 2009.

                                                WILLIAM J. ZLOCH
                                                United States District Judge

Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge

All Counsel and Parties of Record